IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARK ANTHONY RICH,

    Plaintiff,

v.                                    Civil Action No. **3:21CV76**

VIRGINIA PENINSULA REGIONAL JAIL/
MEDICAL DEPARTMENT,

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on March 4, 2021 the Court conditionally docketed Plaintiff's action after it was transferred to the Court from the United States District Court for the Western District of Virginia. On March 17, 2021, the United States Postal Service returned the March 4, 2021 Memorandum Order to the Court marked, "NOT HERE," and RETURN TO SENDER," because Plaintiff apparently relocated. Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/ M. Hannah Lauck
United States District Judge

Date: 3-19-21
Richmond, Virginia